# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

BENJAMIN PEACOCK — PLAINTIFF

v. NO. 4:17CV00462 JLH

PULASKI TECHNICAL COLLEGE, et al. — DEFENDANTS

## ORDER

Plaintiff's motion to dismiss is GRANTED. Document #30. This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 30th day of August, 2018.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE